**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

**No. 12-1312**

———

LILLIE M. MIDDLEBROOKS,

             Plaintiff - Appellant,

        v.

GODWIN CORPORATION,

             Defendant - Appellee.

———

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Anthony John Trenga,
District Judge.  (1:10-cv-01306-AJT-JFA)

———

Submitted:  July 31, 2012            Decided:  August 7, 2012

———

Before GREGORY, DUNCAN, and AGEE, Circuit Judges.

———

Affirmed by unpublished per curiam opinion.

———

Lillie M. Middlebrooks, Appellant Pro Se.   David Brian Deitch,
Washington, DC, for Appellee.

———

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lillie M. Middlebrooks appeals the district court's order entering judgment for her in the amount of $500 after a bench trial on her complaint alleging violations of the Consolidated Omnibus Reconciliation Act ("COBRA") and the Employee Retirement Income Security Act ("ERISA"). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Middlebrooks v. Godwin Corp., No. 1:10-cv-01306-AJT-JFA (E.D. Va. Feb. 7, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED